**DECOTIIS, FITZPATRICK, COLE &WISLER, LLP**
Glenpointe Centre West
500 Frank West Burr Blvd.
Teaneck, New Jersey 07666
(201) 928-1100
Attorneys for Defendants, City of Atlantic City, William Marsh,
Dennis Mason, and Bruce Ward

| | |
|---|---|
| AC BLOCKS 132 and 133, LLC, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ATLANTIC CITY, NEW JERSEY, et al.<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. 1:08-5421 (JHR) (JS)<br><br><br>STIPULATION OF DISMISSAL |

THIS MATTER having been amicably resolved, by and between all parties hereto, it is hereby stipulated and agreed that all claims and counterclaims asserted in the above-captioned Action are dismissed with prejudice and without costs.

**SPECTOR GADIN & ROSEN, P.C.**

*Attorneys for Plaintiffs,*
*AC Blocks 123 and 133, LLC and*
*Westrum Urban Land Development, LLC*

By: _____
Paul R. Rosen
Richard D. Gallucci, Jr.
Dated: ~~August~~ September 3, 2009

**ROSENBERGER & WOLF**
*Attorneys for Defendant, Housing Authority*
*And Urban Redevelopment Agency of the City*
*Of Atlantic City*

By: _____
John H. Rosenberger

Dated: August __, 2009

**DECOTIIS, FITZPATRICK, COLE & WISLER, LLP**
*Attorneys for Defendants, City of Atlantic City, William Marsh, Denis Mason, and Bruce Ward*

By: _____
Gregory J. Bevelock

Dated: ~~August~~ September 8, 2009

1025654                                    1